UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

SHANNON COBB, *Individually and on Behalf of All Others Similarly Situated* — Plaintiff

v. — Civil Action No. 3:24-cv-00717-RGJ

OP PHARMACY, LLC *doing business as* ONEPOINT PATIENT CARE, LLC. — Defendant

* * * * *

**ORDER ADMINISTRATIVELY CLOSING CASE**

Plaintiffs Christopher Russo ("Russo") and Ryan Howey ("Howey"), brought separate class actions against OP Pharmacy, LLC a/k/a OnePoint Patient Care, LLC. ("OnePoint"). [3:24-cv-000649-RGJ ("*Russo* Action"), DE 1 at 1; 3:24-cv-00695-RGJ ("*Howey* Action"), DE 1 at 2]. The Court consolidated those actions into Plaintiff's Russo's case and appointed interim counsel in those cases on January 10, 2025. [DE 19, *Russo* Action; DE 14, *Howey* Action]. On February 14, 2025, the present matter, which was filed by Plaintiff Shannon Cobb ("Cobb"), was transferred to the undersigned because it is related to the *Russo* and *Howey* actions. [DE 17, 3:24-cv-00717-RGJ "*Cobb* Action"]. As in the *Russo* and *Howey* Actions, this case alleges negligence, negligence per se, unjust enrichment, violation of the Illinois Consumer Fraud Act, and breach of contract claims arising from a data breach of Defendant one point's secured computer network which exposed the personal information of 795,916 individuals. [DE 1 at 2, *Cobb* Action].

All parties in the *Cobb* Action agreed it should be consolidated into the *Russo* Action. [DE 9, *Cobb* Action, DE 41, *Russo* Action]. At the time the *Russo* Action and *Howey* Action were consolidated, the *Cobb* Action was not before this Court. Shortly after the *Cobb* Action was

transferred to this Court, Plaintiffs filed an Amended Complaint in the *Russo* Action that includes the claims in the *Cobb* Action. [DE 29]. As a result, the *Cobb* Action has been treated as if it were consolidated into the *Russo* Action even though no formal order was entered in the *Cobb* Action. The Court has preliminarily approved a class action settlement in the *Russo* Action, and a final approval hearing is set for September 23, 2026. [DE 41, DE 44, *Russo* Action].

Accordingly, to make the record clear, it is **ORDERED** that the above-captioned case shall be **ADMINISTRATIVELY TERMINATED**. The claims in *Cobb v. OP Pharmacy, LLC a/k/a OnePoint Patient Care, LLC*, No. 3:24-cv-00717-RGJ (W.D. Ky.) (the "*Cobb* Action") appear in the Amended Complaint in *Russo v. OP Pharmacy, LLC a/k/a OnePoint Patient Care, LLC*, No. 3:24-cv-649 (W.D. Ky.).

Rebecca Grady Jennings, District Judge
United States District Court

July 17, 2026